**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Daniel Lewis POWELL, a/k/a Midnight Rider, Defendant–Appellant.**

**No. 10–8028.**

United States Court of Appeals,
Tenth Circuit.

May 6, 2011.

David A. Kubichek, Esq., Office of the United States Attorney, Casper, WY, for Plaintiff–Appellee.

O. Dean Sanderford, Jill M. Wichlens, Assistant Federal Public Defender, Office of the Federal Public Defender, Denver, CO, for Defendant–Appellant.

Before GORSUCH, HOLLOWAY and MATHESON, Circuit Judges.

### ORDER AND JUDGMENT[*]

NEIL M. GORSUCH, Circuit Judge.

Daniel Powell appeals his sentence for two drug crimes. He charges that the district court erred in: failing to give him

---

* After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist the determination of this appeal. *See* Fed. R.App. P. 34(a)(2) and 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument. This order and judgment is not binding precedent except under the doctrines of law of the case, res judicata and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R.App. P. 32.1 and 10th Cir. R. 32.1.

an opportunity to allocute before it pronounced sentence; determining the drug quantity for which he should be held responsible; and applying a gun enhancement to his sentence. The government concedes that the district court plainly erred on the first two scores, contests only the last question, and admits that resentencing will be required. Because the one contested gun enhancement issue may or may not remain relevant after resentencing, we need not decide it at this time.

Mr. Powell's sentence is vacated and this matter is remanded for resentencing.